An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUANE S. JENSEN,
Appellant,
vs.
CITY OF BOULDER CITY,
Respondent.

No. 62669

**FILED**

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to recall remittitur and rehear the appeal of a municipal court decision. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from such an order. See Phelps v. State, 111 Nev. 1021, 1022, 900 P.2d 344, 345 (1995); Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Further, "[d]istrict courts have final appellate jurisdiction in cases arising in municipal courts." Tripp v. City of Sparks, 92 Nev. 362, 550 P.2d 419 (1976); see also Nev. Const. art. 6, § 6(1). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Rob Bare, District Judge
McCoy Law Group
Boulder City Attorney
Eighth District Court Clerk